UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SAMUEL APPLEWHITE )
　　　　Plaintiff )
)
)
vs. ) Case No. _____
)
DR. ANDREW TILDEN )
DR. LEWIS SHICKER )
WARDEN GUY PIERCE )
WEXFORD HEALTH SOURCES INC. )
　　　　Defendant(s) )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other
_____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, SAMUEL APPLEWHITE, and states as follows:

My current address is: PONTIAC CORRECTIONAL CENTER 700W. LINCOLN ST PONTIAC ILL 61764

The defendant DR. ANDREW TILDEN, is employed as MEDICAL DIRECTOR OF PONTIAC CORRECTIONAL CENTER at EMPLOYEE OF WEXFORD HEALTH SOURCES

The defendant DR. LEWIS SHICKER, is employed as MEDICAL DIRECTOR OF ILLINOIS DEPARTMENT of at CORRECTIONS

SCANNED at PCC and E-Mailed
1/28/16 (date) by ON (initials)
18 (# of pages)

The defendant <u>Guy PIERCE</u>, is employed as <u>WARDEN of PONTIAC</u> <u>CORRECTIONAL CENTER</u> at <u>700 W LINCOLN St Pontiac IL 61764</u>

The defendant <u>WEXFORD Health Sources</u>, is employed as <u>HEALTH CARE PROVIDER FOR</u> <u>Pontiac C.C./ I.D.O.C.</u> at <u>425 Holiday Drive, Pittsburgh, PA 15220</u>

(revised 9/96)

The defendant _____, is employed as _____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe

_____
_____
_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
    Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) _____

     Defendant(s) _____

  2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing of lawsuit

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☑ No ☐ If your answer is no, explain why not

C. Is the grievance process completed? Yes ☑ No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence <u>PONTIAC CORRECTIONAL CENTER</u>

Date of the occurrence <u>CONTINUOUS INJURY</u>

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

DR. Andrew Tilden & DR. Lewis Shicker, DR. Andrew Tilden, medical director of Pontiac C.C. employee of Wexford Health Sources, and DR. Lewis Shicker, medical Director of IDOC, in their individual capacities acting under the color of state law are continuously deliberately indifferent to my life and serious medical needs, in which they with knowledge of my painful testicular cysts have only acknowledge the existence of my cyst on my testicles but they have failed to treat my pain and they have failed to follow-up with facilitating necessary testing for testicular cancer, which is a substantial departure from accepted professional medical judgment, practice and standards.

Defendant Guy Pierce, warden of Pontiac correction center is culpable under 1983 as facilitator of my injunctive

Relief if granted and in his individual capacity while acting under the color of state law he is deliberate indifferent to my serious medical needs in which he with knowledge of my complaints of changes in my condition pain and ignored request for medical attention, he failed to facilitate me being examined by medical personnel for a follow-up examination.

Defendant Wexford Health Sources Inc. is the health care provider for I.D.O.C./Pontiac C.C. Wexford is culpable under section 1983 in which it is deliberately indifferent to my serious medical needs by implementing a policy/custom or practice of creating financial incentives for their employees to save money by providing cheaper/sub-standard care rather than adequate care; at the expense of inmates well-being and constitutional rights.

# RELIEF REQUESTED

(State exactly what relief you want from the court.)

Damages, nominal, compensatory and punitive damages from all defendants. Injunctive relief ordering the defendants to facilitate cancer testing and acceptable professional medical treatment if cancer is found, and otherwise acceptable professional medical treatment of my cyst including but not limited to surgical removal of the cyst if feasible.

**JURY DEMAND**   Yes ☑   No ☐

Signed this 28 day of January, 19 2016.

(Signature of Plaintiff)
Samuel Applewhite #R01468

| | |
|---|---|
| Name of Plaintiff: Samuel Applewhite | Inmate Identification Number: R01468 |
| Address: Pontiac Correctional Center 700 W. Lincoln St Pontiac, IL 61764 | Telephone Number: |