E-FILED
Thursday, 28 January, 2016  01:17:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Samuel Applewhite_____ , )

     Plaintiff,        )

     vs.           )   No. _____

DR. Andrew Tilden, et, AL.__ , )

     Defendant(s)   )

### MOTION FOR APPOINTMENT OF COUNSEL

1.   I, Samuel Applewhite_____ , declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

    See Attached letters to Attorney's
_____

_____

_____

_____

_____

_____

3.   In further support of my motion, I declare that (check appropriate answer):

  ✓     I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

  _____     I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4.   In further support of my motion, I declare that (check appropriate answer):

_____    I have attached an original application to proceed in forma pauperis detailing my financial status.

_____    I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____    I previously filed an application to proceed in forma pauperis; however, my financial status has since changed.  Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5.   I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

_____
Street Address

_____
City/State/Zip Code

Date: _____

10/94

2

LAW OFFICES OF
## STEVE ACKERMAN
566 WEST ADAMS STREET • SUITE 600
CHICAGO. ILLINOIS 60661

TELEPHONE
(312) 454-9300

FACSIMILE
(312) 454-1949

January 10, 2016

Samuel Applewhite #R01468
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

Dear Mr. Applewhite,

Thank you for your letter of January 7, 2016.

For a variety of reasons including the distance between my office and Pontiac, I will not be able to consider undertaking your legal representation.

I do thank you for taking the time to write and wish you the best of luck.

Very Truly Yours,

STEVE ACKERMAN

SA/sa

# Law Office of
# Jonathan A. Backman

117 North Center Street
Bloomington, IL  61701-5001

Telephone: (309) 820-7420
Facsimile: (309) 820-7430
Internet Address: www.backlawoffice.com
E-mail:
lawoffice@backlawoffice.com

December 29, 2015

**By United States Priority Class Mail**
Mr. Samuel Applewhite #R01468
PO Box 99
Pontiac IL 61764

RE:   **ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**
      **Request for Legal Counsel/Non-Representation**

Dear Mr. Applewhite:

Thank you for considering our firm for your legal needs.  Mr. Backman and his staff have reviewed the information you provided in your letter that was received in our office on December 28, 2015.  **Regrettably, Mr. Backman is unable to assist you as his current caseload is full and he is not taking any new clients at this time.**

If you wish to pursue your claims, please be aware that there are generally statutory requirements regarding using your available administrative remedies in addition to deadlines that must be met in order to preserve these types of claims for review by the Federal Court.  **Therefore, we strongly advise you to seek other counsel so they can advise you how to proceed in a way that will ensure your right to seek a remedy.**

We wish you the best of luck finding an attorney to assist you in pursuing your case.  In addition, we are enclosing the self-addressed stamped envelope you included with your letter.

Sincerely,

Eileen M. Backman,
Legal Assistant

EMB:da
cc: FILE

/enc

# LOEVY & LOEVY
## ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Mark Loevy-Reyes
Gayle Horn
Elizabeth Mazur
Debra Loevy-Reyes
Daniel Twetten

312 N. May Street
Suite 100
Chicago, Illinois 60607

Arthur Loevy
Danielle Loevy
Samantha Liskow
Tara Thompson
Roshna Bala Keen
Elizabeth Wang
Rachel Steinback
Heather Lewis Donnell

Telephone 312.243.5900
Facsimile 312.243.5902

Website  www.loevy.com
Email  loevylaw@loevy.com

October 11, 2013

*CONFIDENTIAL LEGAL CORRESPONDENCE*

> *Re:*     *Your request for legal representation*

To Whom It May Concern:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed.  Such time periods depend on the cause of action you may wish to pursue.  However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy

**JENNER&BLOCK**

December 13, 2012

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel 312 222-9350
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

Samuel Applewhite
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764
Register No.:R01468

Dear Mr. Applewhite:

Thank you for your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking, therefore we are returning your documents.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

Sincerely,

Gabriel A. Fuentes
Co-Chair, Pro Bono Committee

GAF/psa
Enclosure

# LOEVY & LOEVY
## ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Mark Loevy-Reyes
Gayle Horn
Elizabeth Mazur
Debra Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Arthur Loevy
Danielle Loevy
Samantha Liskow
Tara Thompson
Daniel Twetten
Roshna Bala Keen
Elizabeth Wang

Telephone  312.243.5900
Facsimile   312.243.5902

Website:  www.loevy.com
Email  loevylaw@loevy.com

---

November 7, 2011

**CONFIDENTIAL LEGAL CORRESPONDENCE**
**Samuel Appleshite**
**Pontiac Correctional Center**
**P.O. Box 99**
**Pontiac, IL 61764**

     *Re: Your request for legal representation*

Dear Samuel Appleshite,

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed.  Such time periods depend on the cause of action you may wish to pursue. We encourage you to follow up with other attorneys immediately to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

    Please find enclosed the paperwork that you sent to us.

Sincerely,

Zach Wehrwein
Paralegal