United States District Court
Central District of Illinois

Samuel Applewhite,
    Plaintiff,

vs.

Dr. Andrew Tilden
Dr. Lewis Shicker
Warden Guy Pierce
Wexford Health Sources Inc.
    Defendants,

CASE NO: 1:16-cv-01035-JBM

## Motion for Status.

This Beyond 60-day deadline status motion.

1. On January 28, 2016, I filed a civil suit and complaint, to the clerk, U.S. District Court ILCD.

2. As of 3-28-16, I still haven't recieved anything pertaining to the merit review order, or Informa Pauperis motion.

Respectfully Submitted

x Samuel Applewhite #R01468
Samuel Applewhite #R01468