United States Federal Seventh
Circuit Court of Appeals

Samuel Applewhite,
    Plaintiff,

v.

Andrew Tilden, et al.

CASE NO: 16-1035

Notice of Appeal

1. An Appeal is taken to the United States Federal Seventh Circuit Court of Appeals.

Appellant Name: Samuel Applewhite # R04468
Address: Stateville Correctional Center
P.O. Box 112
Joliet Ill 60434

Appellant Attorney: Appellant - Pro-Se
Address: Stateville C.C.
P.O. Box 112
Joliet Ill 60434

Appellant Request an Attorney: Yes

Nature of Order Appealed: Dismissal of 42 U.S.C. § 1983 medical deliberate indifference complaint

SCANNED AT STATEVILLE CC and E-mailed
8-29-16 by CB  pages
date  initials  No.
1 of 6

Relief Sought: Seventh Circuit we order that U.S. District Court Central District Peoria Division Judge Joe Billy McDade, erred in Denying special education having disability Plaintiff Counsel And Dismissing Appellate 1983 complaint for failure to state a claim. Appellate Respectfully Request au-trial for his 1983 complaint.

Judgment Date 8-25-2016

BY Samuel Upchurch # R01468
Samuel Upchurch # R01468
Stateville C.C.
P.O. Box 112
Joliet Ill 60434

SCANNED AT STATEVILLE CC and E-mailed
8-29-16 by CB    pages
date    initials  No.
2 of 6