**E-FILED**
Monday, 29 August, 2016  01:44:41 PM
Clerk, U.S. District Court, ILCD

57,APPEAL,CLOSED,PRISONER,PROSE

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:16−cv−01035−JBM

| | |
|---|---|
| Applewhite v. Tilden et al | Date Filed: 01/28/2016 |
| Assigned to: Judge Joe Billy McDade | Date Terminated: 08/25/2016 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Samuel Applewhite**                    represented by    **Samuel Applewhite**
R01468
STATEVILLE
Stateville Correctional Center
Inmate Mail/Parcels
PO Box 112
Joliet, IL 60434
815−727−3607
Fax: 815−727−5511
PRO SE

V.

**Defendant**

**Andrew Tilden**
*Medical Director*

**Defendant**

**Lewis Shicker**
*Medical Director*

**Defendant**

**Guy Pierce**
*Warden*

**Defendant**

**Wexford Health Sources**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/28/2016 | 1 | | COMPLAINT against All Defendants, filed by Samuel Applewhite.(RK, ilcd) (Entered: 01/28/2016) |
| 01/28/2016 | 2 | | NOTICE OF CASE OPENING.Merit Review Deadline 2/17/2016. (Attachments: #1 Notice Regarding Privacy Issues)(RK, ilcd) (Entered: 01/28/2016) |

1

| 01/28/2016 | 3 | | PETITION TO PROCEED IN FORMA PAUPERIS, filed by Samuel Applewhite.(RK, ilcd) (Entered: 01/28/2016) |
|---|---|---|---|
| 01/28/2016 | 4 | | NOTICE TO THE COURT regarding requesting trust fund ledgers for 6 months. (RK, ilcd) (Entered: 01/28/2016) |
| 01/28/2016 | 5 | | MOTION to Request Counsel by Plaintiff Samuel Applewhite. Responses due by 2/16/2016 (RK, ilcd) (Entered: 01/28/2016) |
| 01/28/2016 | 6 | | Letter from CDIL Clerk requesting trust fund ledgers as to Samuel Applewhite. (RK, ilcd) (Entered: 01/28/2016) |
| 02/01/2016 | 7 | | MOTION for Court Order for Pontiac to Give Copy of All Documents Electronically Filed by Plaintiff Samuel Applewhite. Responses due by 2/19/2016 (RK, ilcd) (Entered: 02/01/2016) |
| 03/30/2016 | 8 | | MOTION for Status by Plaintiff Samuel Applewhite. Responses due by 4/18/2016 (RK, ilcd) (Entered: 03/30/2016) |
| 04/12/2016 | 9 | | +++ **PRISONER TRUST FUND LEDGER** by Samuel Applewhite (RK, ilcd) (Entered: 04/12/2016) |
| 04/12/2016 | | | TEXT ONLY ORDER granting 3 Petition to Proceed In Forma Pauperis. Pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $11.40. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff`s account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month`s income credited to Plaintiff`s account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff`s account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff`s place of confinement, to the attention of the Trust Fund Office. Entered by Judge Joe Billy McDade on 4/12/2016. (RK, ilcd) (Entered: 04/12/2016) |
| 04/18/2016 | | | Prisoner Initial Partial Filing Fee received 04/18/2016, in the amount of $11.40; receipt number 14626026255. (JS, ilcd) (Entered: 04/18/2016) |
| 04/19/2016 | 10 | | MERIT REVIEW ORDER entered by Judge Joe Billy McDade on 4/19/2016. Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed.R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. Plaintiff shall have 28 days from the entry of this order to file an amended complaint. Failure to file an amended complaint will result in the dismissal of this case, with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's amended complaint will replace Plaintiff's original complaint in its entirety. Accordingly, the amended complaint must contain all allegations against all Defendants. Piecemeal amendments are not accepted. Plaintiffs Motion for Court Order 7 is DENIED. Plaintiffs Motion for Status 8 is DENIED as moot.(RK, ilcd) (Entered: 04/19/2016) |
| 04/28/2016 | 11 | | MOTION for Leave to File Motion and Memorandum of Law to Find Amended Complaint Sufficient by Plaintiff Samuel Applewhite. Responses due by 5/16/2016 (RK, ilcd) (Entered: 04/28/2016) |
| 06/13/2016 | 12 | | |

| | | | |
|---|---|---|---|
| | | | ORDER denying 11 Motion for Leave to File. Plaintiff is granted an additional 28 days ( Amended Pleadings due 7/11/2016) to file an amended complaint. The Plaintiff's Motion to Request Counsel 5 is denied with leave to renew. Entered by Judge Joe Billy McDade on 6/13/2016. (RK, ilcd) (Entered: 06/13/2016) |
| 06/17/2016 | 13 | | MOTION and Memorandum for Leave to File Amended Complaint Sufficient by Plaintiff Samuel Applewhite. Responses due by 7/5/2016 (Attachments: # 1 2nd Amended Complaint)(RK, ilcd) (Entered: 06/17/2016) |
| 06/17/2016 | 14 | | MOTION for Reconsideration for Appointment of Counsel by Plaintiff Samuel Applewhite. Responses due by 7/5/2016 (Attachments: # 1 Motion for Appointment of Counsel)(RK, ilcd) (Entered: 06/17/2016) |
| 07/26/2016 | 15 | | NOTICE of Change of Address by Samuel Applewhite. New address is: Stateville Correctional Center, PO Box 112, Joliet, IL 60434. (RK, ilcd) (Entered: 07/26/2016) |
| 08/23/2016 | 16 | | MOTION for Status by Plaintiff Samuel Applewhite. Responses due by 9/9/2016 (RK, ilcd) (Entered: 08/23/2016) |
| 08/25/2016 | 17 | 6 | ORDER entered by Judge Joe Billy McDade on 08/25/2016. IT IS THEREFORE ORDERED: 1) Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. Any amendment to the Complaint would be futile. The case is therefore terminated. All pending motions are denied as moot. The clerk is directed to enter a judgment pursuant to Fed.R.Civ.P.58. 2)This dismissal shall count as one of the plaintiff's three allotted "strikes" pursuant to 28 U.S.C. Section 1915(g). The Clerk of the Court is directed to record Plaintiff's strike in the three−strike log. See full written Order.(JS, ilcd) (Entered: 08/25/2016) |
| 08/25/2016 | 18 | 9 | JUDGMENT IN A CIVIL CASE. (JS, ilcd) (Entered: 08/25/2016) |
| 08/29/2016 | 19 | 4 | NOTICE OF APPEAL as to 17 Order filed by Samuel Applewhite. (RK, ilcd) (Entered: 08/29/2016) |
| 08/29/2016 | 20 | | MOTION for Leave to Appeal in forma pauperis by Plaintiff Samuel Applewhite. Responses due by 9/15/2016 (RK, ilcd) (Entered: 08/29/2016) |
| 08/29/2016 | 21 | | +++ **PRISONER TRUST FUND LEDGER** by Samuel Applewhite. (RK, ilcd) (Entered: 08/29/2016) |

E-FILED
Monday, 29 August, 2016 01:41:58 PM
Clerk, U.S. District Court, ILCD

United States Federal Seventh
Circuit Court of Appeals

Samuel Applewhite,
            Plaintiff,              CASE NO: 16-1035

        V.

Andrew Tilden, et al.

            NOTICE of Appeal

1. An Appeal is taken to the united states
federal Seventh Circuit court of Appeals.

Appellant Name: Samuel Applewhite #R01608
    Address         Stateville Correctional Center
                    P.O. Box 112
                    Joliet Ill 60434

Appellant Attorney: Appellant - PRO-SE
    Address         Stateville C.C.
                    P.O. Box 112
                    Joliet Ill 60434

Appellant Request an Attorney: Yes

Nature of order Appealed: Dismissal of
42 U.S.C. § 1983 medical Deliberate Indifference
Complaint.

SCANNED AT STATEVILLE CC and E-mailed
8-29-16 by CB ___ 6 pages
date        initials    No.
                        1 of 6

4

Relief Sought: Seventh Circuit give order that U.S. District court central district Peoria Division Judge Joe Billy McDade, appeared in DENying special education 1eaching disability Plaintiff counsel And Dismissing Appellate 1983 complaint for failure to state a claim. Appellate Respectfully Request a trial for his 1983 complaint.

Judgment Date 8-25-2016

151 Samuel Applewhite # R01468
Samuel Applewhite # R01468
Stateville C.C.
P.O.Box 112
Joliet Ill 60434

SCANNED AT STATEVILLE CC and E-mailed
8-29-16 by CB ___ pages
date        initials    No.
2 of 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

SAMUEL APPLEWHITE,                          )
                                            )
                          Plaintiff,        )
                                            )
v.                                          )                    16-1035
                                            )
ANDREW TILDEN, *et al.*                     )
                                            )
                          Defendants.       )

## ORDER

Plaintiff, proceeding pro se and presently incarcerated at Stateville Correctional Center,

brought the present lawsuit pursuant to 42 U.S.C. § 1983 alleging deliberate indifference to a

serious medical need for events that allegedly occurred during his incarceration at Pontiac

Correctional Center.  In its Merit Review Order entered April 19, 2016, the Court dismissed

Plaintiff's complaint and granted Plaintiff leave to file an amended complaint.  (Doc. 10).

Plaintiff filed an amended complaint.  (Doc. 11).  The Court again found Plaintiff failed to state a

claim and granted Plaintiff an additional 30 days to file a second amended complaint.  (Doc. 12).

The matter is before the Court for screening of Plaintiff's second amended complaint.  (Doc. 13).

### ALLEGATIONS IN PLAINTIFF'S SECOND AMENDED COMPLAINT

In his second amended complaint, Plaintiff alleges that he has two (2) painful cysts on his

testicles and that Defendant Tilden, a physician, has refused to order diagnostic tests to rule out

testicular cancer.  Plaintiff also alleges that Defendant Tilden has denied Plaintiff's requests for

referral to an outside medical specialist and has not prescribed any medications in spite of the

"saturation of media reports on cancer from various medical institutions that testicular cancer is

the most common cancer in males [age] 35 and [younger]." Plaintiff supports this last contention with a printout from the Mayo Clinic.

Plaintiff alleges that an ultrasound was performed on his testicles, but he asserts that the test is inadequate for detecting testicular cancer.

## ANALYSIS

Plaintiff's main complaint is that the Defendants have failed to order diagnostic testing or take steps to rule out the possibility of testicular cancer. Plaintiff does not have a constitutional right to demand specific treatment. *Snipes v. DeTella*, 95 F.3d 586, 592 (7th Cir. 1996). As the Court explained in its previous orders, the decisions to forgo diagnostic testing or engage specialists are actionable under the Eighth Amendment only if a plaintiff shows that a prison medical professional's actions were a substantial departure from accepted professional judgment, practice, or standards. *Pyles v. Fahim*, 771 F.3d 403, 411 (7th Cir. 2014); *Sain v. Wood*, 512 F.3d 886, 894-95 (7th Cir. 2008). Plaintiff's allegations are not sufficient.

While Plaintiff alleges that the cysts on his testicles were extremely painful, Plaintiff also alleges that "testicular cancer is often painless." Plaintiff provided a printout from the Mayo Clinic listing the symptoms of testicular cancer, (Doc. 13-1 at 10-11), but does not allege that he suffered from the majority of the symptoms listed. Finally, Plaintiff alleges that Defendant Tilden did not prescribe any medication or provide ice packs, but Plaintiff also alleged that he had received medical care from other medical staff at the prison. Defendant Tilden's alleged decision to not prescribe any medication could have arisen from a number of factors, including medication Plaintiff had already been prescribed by other medical staff at the jail. Plaintiff alluded to other treatment he received while at Pontiac, but did not provide much detail.

Plaintiff's allegations suggest only that Pontiac officials have failed to dispel his belief that he has testicular cancer, despite the fact that the symptoms he alleges are not consistent with the documentation he provided to the Court. On these allegations, the Court finds that Plaintiff has failed to sufficiently allege that the Defendants acted outside the bounds of accepted medical judgment or that the need for specialized treatment was readily apparent. Therefore, this case will be dismissed.

**IT IS THEREFORE ORDERED:**

1) **Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. Any amendment to the Complaint would be futile. This case is therefore terminated. All pending motions are denied as moot. The clerk is directed to enter a judgment pursuant to Fed. R. Civ. P. 58.**

2) **This dismissal shall count as one of the plaintiff's three allotted "strikes" pursuant to 28 U.S.C. Section 1915(g). The Clerk of the Court is directed to record Plaintiff's strike in the three-strike log.**

3) **Plaintiff must still pay the full docketing fee of $350 even though his case has been dismissed. The agency having custody of Plaintiff shall continue to make monthly payments to the Clerk of Court, as directed in the Court's prior order.**

4) **If Plaintiff wishes to appeal this dismissal, he must file a notice of appeal with this Court within 30 days of the entry of judgment. Fed. R. App. P. 4(a). A motion for leave to appeal in forma pauperis should set forth the issues Plaintiff plans to present on appeal. See Fed. R. App. P. 24(a)(1)(C). If Plaintiff does choose to appeal, he will be liable for the $455 appellate filing fee irrespective of the outcome of the appeal.**

Entered this _25_ day of August, 2016.


_____
s/Joe Billy McDade
JOE BILLY MCDADE
UNITED STATES DISTRICT JUDGE


Page **3** of **3**

**E-FILED**
Thursday, 25 August, 2016 02:03:23 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Samuel Applewhite | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case Number: 16-CV-1035 |
| | ) | |
| Andrew Tilden, *Medical Director* | ) | |
| Lewis Shicker, *Medical Director* | ) | |
| Guy Pierce, *Warden* | ) | |
| Wexford Health Sources | ) | |
| | ) | |
| Defendants | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. CASE TERMINATED.

**Dated:** 08/25/2016

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court

9