IN THE U.S. District Court Central
District of Illinois Peoria Division

Samuel Applewhite
  Appellate,

v.                                CASE NO: 16-1035

Dr. Andrew Tilden,                16-3293
  Appellee,

NOTICE TO THE COURT FOR
PLRA ASSESSMENTS.

1. ON 8-29-16, I wrote Stateville C.C. Warden Randy Pfister, and Counselor Miller, and informed them both that 20% of all incoming income have to be sent to U.S. District court Central District Peoria Division Illinois, Clerk Kenneth Wells, and to send $5 for my Appeal filing fee.

2. ON 9-5-16, Counselor Miller, in person stated she will send me a 6-month trust fund account. I'm still waiting on that.

3. ON 9-7-16, I wrote the trust fund office and informed them that I owe 20% of all incoming income to U.S. District court Central District of Illinois Peoria Division 100 NE Monroe,

Rm 309 Peoria Il, 61602 # 309-671-7120 Clerk Kenneth Wells. And I informed them to send A.S.A.P. 9# nine dollars from my trust account 4# for 20% of 20# and 5# filing fee of appeal.

4. Stateville C.C. Do not give a copy of western union downloads (receipts) so inmates here do not know when or how much money came from the person. Once a month upon request we can get a printout of the trust fund account and it's no time frame on getting that to inmates.

5. I have no control over how Stateville C.C. runs they're facility and I've been trying to get everything that's required of me, I'm pleading that this court write to Stateville C.C. Trust fund department and address the problem with the assessment and payment of any necessary fees.

/s/ Samuel Applewhite #R31408
Samuel Applewhite #R31408
Stateville C.C.
P.O. Box 112
Joliet Il 60434
SCANNED AT STATEVILLE CC and E-mailed by 9/6/16 Initials 3 pages No.

Affidavit of Service

I, Samuel Applewhite, states that everything is true and correct and not the product of perjury.

Samuel Applewhite #R01408