# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



## PLRA SHOW CAUSE ORDER

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 20, 2016

|  |  |
|---|---|
| No. 16-3293 | SAMUEL APPLEWHITE, <br> Plaintiff - Appellant <br><br> v. <br><br> ANDREW TILDEN, Medical Director, et al., <br> Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:16-cv-01035-JBM <br> Central District of Illinois <br> District Judge Joe Billy McDade |

IT IS ORDERED that Appellant Samuel Applewhite show cause as to why this cause should not be DISMISSED for failure to tender the asset affidavit with the motion to proceed in forma pauperis.

Response due November 3, 2016

form name: **c7_PLRA_RSC**(form ID: **164**)