TO: Kenneth A. Wells, Clerk　　　　　　　11-3-16
U.S.D.C.
100 N.E. Monroe St
Room 309
Peoria, IL 61602

From: Samuel Applewhite #R01468　　　　RE: Applewhite v. Ticden
Stateville C.C.　　　　　　　　　　　　　RE: 16-3293
P.O. Box 112　　　　　　　　　　　　　　RE: 1:16-cv-01035-JBM
Joliet IL, 60434

Dear Mr Wells,

Please grant me some additional time for appeal filing fee I have it coming to you by a person that's a family member because Stateville will not send the payment to you so please bare with me at least a week in sending a letter to my family to pay the filing fees for me. Since the 7 circuit accepted my in forma pauperis paper. Please help me it's not my fault Stateville won't send you the payments please send them another letter if able: Stateville C.C. Telphone (815) 727-3607 TDD (800) 526-0844  Please send them anything to get the payments started again. Thank you for reading

# R01468