E-FILED
Monday, 23 January, 2017  01:11:22 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 23, 2017

*By the Court:*

| No. 16-3293 | SAMUEL APPLEWHITE,<br>Plaintiff - Appellant |
| --- | --- |
| | v. |
| | ANDREW TILDEN, Medical Director, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-01035-JBM<br>Central District of Illinois<br>District Judge Joe Billy McDade | |

On November 22, 2016, this court granted the appellant leave to proceed in forma pauperis and asked the district court to assess an initial partial filing fee and to notify this court when the initial partial filing fee had been paid. On January 11, 2017, the district court entered an order purporting to collect the appellate filing fees pursuant to this court's mandate. The mandate in this appeal, however, has not issued and this appeal is still proceeding. In order to permit the appeal to proceed, it is requested that the district court assess the initial partial filing fee and notify this court when that fee has been collected.