# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 30, 2017

*By the Court*:

```
SAMUEL APPLEWHITE,                      ] Appeal from the United
      Plaintiff-Appellant,              ] States District Court for
                                        ] the Central District of
No. 16-3293                    v.       ] Illinois.
                                        ]
ANDREW TILDEN, Medical Director,        ] No. 1:16-cv-01035-JBM
et al.,                                 ]
      Defendants-Appellees.             ] Joe Billy McDade,
                                        ]     Judge.
```

    This matter comes before the court for its consideration of attorney Michael A. Scodro's **PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**, filed on June 28, 2017. Upon consideration thereof,

    **IT IS ORDERED** that the Motion is **GRANTED** and attorney Michael John Kaupa is **DISCHARGED** as counsel for plaintiff-appellant Samuel Applewhite.

    **IT IS FURTHER ORDERED** that attorney Jonathan Weinberg, MAYER BROWN LLP, 1999 K. Street N.W., Washington, DC 20006, is appointed to represent plaintiff-appellant Samuel Applewhite. Counsel is directed to contact the plaintiff-appellant immediately.