043307/19344/JNR/KLM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| SAMUEL APPLEWHITE, | |
| Plaintiff, | |
| v. | No. 16-cv-1035 |
| DR. ANDREW TILDEN, LEWIS SHICKER, GUY PIERCE, and WEXFORD HEALTH SOURCES, INC., | Judge Joe Billy McDade |
| Defendants. | |

## ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

COME NOW the defendants, Dr. Andrew Tilden and Wexford Health Sources, Inc., by their attorney, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's April 19, 2016 [Doc. 10] Order, hereby submit their answer and affirmative defenses to plaintiff's second amended complaint. In support thereof, the following statements are made.

1. Defendant, Dr. Andrew Tilden, admits that at all relevant times material to the second amended complaint, he has been employed by Wexford Health Sources, Inc. as a physician at Pontiac Correctional Center.

2. Defendant, Wexford Health Sources, Inc., admits that at all times materially relevant to the second amended complaint, it has contracted with the Illinois Department of Corrections to provide healthcare to inmates.

3. Defendants admit that jurisdiction and venue are proper in the Central District of Illinois.

4. Defendants deny that any act or omission on their part constitutes deliberate indifference to a serious medical need.

5. Defendants deny that plaintiff had a serious medical need as alleged in the second amended complaint.

6. Defendants deny that any response they may or may not have made to any request of the plaintiff constituted deliberate indifference to a serious medical need.

7. Defendants deny that plaintiff was injured by any act, omission, or delay allegedly caused by defendants.

8. Defendants deny that Wexford Heath Sources, Inc. has implemented a custom or policy not to treat inmates as a cost-saving measure.

9. Defendants deny that plaintiff is entitled to any relief whatsoever.

10. Defendants deny that plaintiff's claims are meritorious.

**DEFENDANTS DEMAND A TRIAL BY JURY**

<u>**AFFIRMATIVE DEFENSES**</u>

1. At all times relevant herein, defendants, Dr. Andrew Tilden, acted in good faith in the performance of his official duties and without violating plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is, therefore, protected from suit by the doctrine of qualified immunity.[1]

2. At all times relevant herein, defendants acted in good faith and in conformity with existing precedent. They are therefore entitled to good faith immunity from damages. *Wyatt v. Cole*, 504 U.S. 158, 169 (1992).

---

[1] Defendant acknowledges in *Estate of Clark v. Walker*, 865 F.3d 544, 550-51 (7th Cir. 2017), the Seventh Circuit rejected qualified immunity for contractual government employees. Defendant assert this defense to preserve it for appeal.

3.  To the extent plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by §1997e(a) of the Prison Litigation Reform Act.

4.  To the extent plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

5.  At all times relevant herein, defendants' duties were limited to those that were delegated to them by their employer and that their employer voluntarily undertook pursuant to its contract with the Illinois Department of Corrections.

**DEFENDANTS DEMAND A TRIAL BY JURY AS TO THEIR AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, defendants respectfully request this honorable Court to deny plaintiff any relief in this matter and grant defendants judgment as to all matters and any other relief deemed appropriate, including costs of suit.

Respectfully submitted,

DR. ANDREW TILDEN and WEXFORD HEALTH SOURCES, INC.,

Defendants,

CASSIDAY SCHADE LLP

By: /s/ Karen L. McNaught
    Attorneys for Defendant

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

**CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct and that on February 6, 2018, I caused to be electronically filed the foregoing Answer to Plaintiff's Second Amended Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system to:

>Jason J. Weigand
>jweigand@atg.state.il.us

and that on February 6, 2018, I caused a true and correct copy of the foregoing Answer to Plaintiff's Second Amended Complaint with Affirmative Defenses to be served via United States mail from Springfield, Illinois, with proper postage prepaid, to the following non-CM-ECF participant:

>Samuel Applewhite, #R01468
>Pinckneyville Correctional Center
>5835 State Route 154
>Pinckneyville IL 62274

>/s/ Karen L. McNaught

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

8771423 KMCNAUGH;KMCNAUGH