IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL APPLEWHITE, #R01468, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 16-1035 |
| ) | |
| ANDREW TILDEN, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

NOW COMES Defendant, Guy Pierce ("Defendant"), by Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Local Rule 16.3(E)(2) and the Court's April 19, 2016 Order [Doc. 10], hereby submits his answer and affirmative defenses to Plaintiff's Second Amended Complaint and in support thereof state the following:

**ALLEGATIONS ENUMERATED IN COURT ORDER DATED APRIL 19, 2016[1]**

1. Plaintiff alleges that the defendants have failed to provide adequate medical care for a cyst on Plaintiff's testicle. According to Plaintiff, the defendants have acknowledged that the cyst exists, but have failed to treat it. Specifically, Plaintiff alleges that the Defendants have not screened the cyst for testicular cancer, a test Plaintiff alleges is medically necessary. Plaintiff alleges that this lack of care is caused by a cost-saving policy implemented by Wexford Health Sources.

**RESPONSE:** Defendant denies the allegations against him in this paragraph.

**REQUESTED RELIEF**

Defendant denies that Plaintiff is entitled to any relief whatsoever.

---

[1] Pursuant to this Court's Merit Review Order [Doc. 10] and local rule 16.3(E)(2), *CDIL-LR*, the issues and claims will be limited to those identified in the Merit Review Order issued by this Court prior to Plaintiff's appeal of the Merit Review Order and the subsequent remand by the United States Court of Appeals for the Seventh Circuit.

## JURY DEMAND

Defendant requests a trial by jury in this matter.

## AFFIRMATIVE DEFENSES

1. To the extent that Plaintiff is suing the Defendant for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and sovereign immunity bar such claims.

2. To the extent that Plaintiff has failed to exhaust all administrative remedies, his claims are barred by the Prison Litigation Reform Act. 42 U.S.C. § 1997e(a).

3. At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.

4. To the extent that Plaintiff is suing Defendant for the actions of a subordinate in which Defendant was not directly involved, such claims are barred because the doctrine of *respondeat superior* and are not a basis for liability under 42 U.S.C. § 1983. *Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

Dated: March 7, 2018

Respectfully submitted,

LISA MADIGAN  
Illinois Attorney General  
Jason J. Weigand, #6302117  
Assistant Attorney General,  
100 W. Randolph Street, 12th Floor  
Chicago, Illinois 60601  
(312) 814-3889 Phone  
(312) 814-4425 Fax  
Email: jweigand@atg.state.il.us

By: s/Jason J. Weigand  
JASON J. WEIGAND  
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMUEL APPLEWHITE, #R01468, | ) |
|         Plaintiff, | ) |
| -vs- | ) No. 16-1035 |
| ANDREW TILDEN, et al., | ) |
|         Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2018 the foregoing document, *Defendant's Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic service to the following registered participant:

> Karen L. McNaught
> kmcnaught@cassiday.com

and that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

> Samuel Applewhite (R01468)
> Pinckneyville Correctional Center
> Inmate Mail/Parcels
> 5835 State Route 154
> Pinckneyville, IL 62274

>     s/Jason J. Weigand
> JASON WEIGAND
> Assistant Attorney General