SCANNED AT PINCKNEYVILLE CC and E-mailed
7/26/18 by CB 18 pages
date    initials   No.

E-FILED
Thursday, 26 July, 2018 03:09:01 PM
Clerk, U.S. District Court, ILCD

United States District Court of
Illinois Central District Peoria Division

Samuel Applewhite
   Plaintiff

   v.                                   16-CV-1035

Andrew Tilden et al,                    Honorable Judge McDade
   Defendant,                           Presiding

Plaintiff Motion For Summary Judgment Reply

Responses to complaints of pain were so plainly inappropriate as to permit the inference that defendants intentionally or recklessly disregarded plaintiff needs.

Defendants Tilden & Shicker - medical directors

1. On 10-28-2014, Plaintiff wrote to medical director Andrew Tilden about painful lump on testicle and asked to be called over to health care to make sure its not cancer. Plaintiff request was ignored by medical director Tilden. See copy of letter # A.1 and 11-19-14 grievance.

2. On 11-8-15, Plaintiff filed a grievance against Tilden for not providing proper medical care after examination such as pain medication, x-ray and so on.

3. On Feb 13, 2015, Plaintiff was again examine by Tilden and reported pain in testicle and recieved no treatment such as pain medication, ice pack.

4. On Feb 11, 2015, Plaintiff recieved a letter back from I.D.O.C medical director (Louis Shicker) and he acknowledged my letter to him and stated that Tilden will follow up with you soon. See copy of letter #1.

5. On 5/19/15/ Plaintiff was given another examination

by tilden and was put in for an ultra sound but was not given any pain medication.

6. On 6-1-15 I.D.O.C. Medical Director Shicker wrote me that the ultra sound has been approved and that tilden explained to me the likely benign nature of his finding see letter #2.

7. On 11-23-15, 5 months after ultrasound plaintiff recieved a follow-up and was denied pain medication and was told to stop pucking on cyst to make them hurt see medical record for 11-23-15.

8. Defendant failed to prescribe pain medication despite knowledge of prisoners intense pain is deliberate indifference. Dixon v. City of Cook, 819 F.3d 343 (7th Cir. 2016)

9. Plaintiff letters to prison medical director is sufficient to allege liability, Barry v. Ratelle, 985 F.Supp 1235 1239 (S.D. 1997).

10. Denying pain medication without reason may evidence deliberate indifference, Walker v. Benjamin, 293 F.3d 1030-40 (7th Cir. 2002).

## WARDEN GUY PIERCE

11. Plaintiff wrote a highly detailed grievance on 11-8-15 about the non treatment he was recieving by not treating and investigating the source of his pain and warden Guy Pierce denied the grievance allowing the deliberate indifference to continue by turning a blind eye by not investigating the issue which is failure to act.

12. Warden Guy Pierce obtained actual knowledge of medical issue by plaintiff highly detailed grievance and failed to intervene or rectify the situation see Perez v. Fenoglio 792 F.3d 768 (2015)

13. Inmate's correspondence to a prison administrator may establish a basis for personal liability under section 1983 where that correspondence provides sufficient knowledge of a constitutional deprivation, Perez v. Fenoglio, 792 F.3d 768 (2015).

14. Once an official is alerted to an excessive risk to inmate safety or health though a prisoner's correspondence refusal or declination to exercise the authority of his office may reflect deliberate indifference and disregard. Perez v. Fenoglio, 792 F.3d 768 (2015 7th Cir).

## Wexford Health Source Inc,

15. Wexford Health Source Inc, has a policy of limiting the medical care it provides in order to cut cost by providing less expensive treatment by the physicians who minimize cost by withholding necessary medical care by deliberately denying or suspending prescription medication, expensive procedures, dianostic testing, specialist referrals, surgical procedures, and cost cutting practices are the cause of the inadequate care that I recieved from medical director Tilden.

16. Wexford could be liable because it maintained an unconstitutional policy and custom.

17. Due to Wexford cost cutting policy Plaintiff painful condition will not be investigated properly or dianosed

18. Wexford employees have a pattern of doctoring medical records to allege that prisoners are not in pain see Hayes v. Snyder, 546 F.3d 516 (2008) in Hayes Dr. Hamby wrote on Hayes chart that he observed tenderness and discomfort but he did not use the word pain also see plaintiff medical records of 11-23-15 where Physician wrote falsely that plaintiff admits the cyst are not painful or cause discomfort but advised to avoid pucking on the cyst how can that be true when every letter the plaintiff

wrote he always mention that he was in pain this clearly shows a pattern of Wexford employees doctoring false medical records two times and inmate have no control over what they write in the medical chart.

19. Wexford have no immunity see Clark v. Walker 865 F.3d 544, 550-51 (7th Cir. 2017).

20. Inmate who seek emergency review under section 504.840 has no obligation to resubmit the grievance through normal channels. Thornton v. Snyder, 428 F.3d 690, 694 (7th Cir. 2005).

21. Sarah Johnson office of inmate issue/chair person and ARB chair person, denied and rejected plaintiff grievance because warden or grievance officer didn't respond to the grievance only deem grievance non-emergency and denied grievance.

22. Plaintiff was not required to go back to the grievance officer and start over after his emergency grievance has been rejected by the warden and ARB is at odds with 20 Ill. Admin code. Section 504.840 and Thornton v. Snyder, 428 F.3d 690, 694 (7th Cir. 2005)

23. Prior court rejected argument that plaintiff must refile through normal grievance process after (ARB) denied emergency treatment and returned plaintiff grievance and never made a final determination on the merits find that such a procedure is not explicitly provided for anywhere in the Administrative code. see Thornton v. Snyder 428 F.3d 690, 694 (7th Cir. 2005).

24. Inmate not required to resubmit grievance through normal I.D.O.C. grievance process after being denied emergency treatment by warden and (ARB) see Glick v. Walker 385 Fed Appx. 579 (7th Cir. 2010).

25. Inmate was not required to file entirely new -

grievance simply because current grievance did not have a response from warden, grievance officer, or counselor, and would not be considered on emergency basis. Thornton v. Snyder, 428 F.3d 690 (7th Cir 2005)

26. Prison Administrators may not frustrate an inmates effort to comply with the Administrative Review Process by imposing hurdles that are not part of the established grievance procedure.

27. The defendant must not ask plaintiff to go above and beyond what was required by the I.D.O.C. grievance process in order to exhaust his Administrative Remedies by providing an response from grievance officer, warden which in order to do so would have had to file an new grievance in order to get those responses see Thornton v. Snyder, 428 F.3d 690 (7th Cir 2005)

Wherefore: Plaintiff prays that this Honorable Court grant Summary Judgment for Plaintiff and be given relief requested.

/s/ Samuel Applewhite R01468

COPY

TO: Medical Director Tilden           10-28-14

FROM: Samuel Applewhite #R01468 SPC 146

Doctor Tilden

I'm writing because I'm having sharp testical pain, I've seen you about this before and it gotten worst the lump on my testical have gotten bigger & hurts me out of no where please call me over for x-ray's and lets make sure that this is not cancer please thank you for reading.

Samuel Applewhite #R01468
SPC 146

RECEIVED
DEC 24 2014
Office Of Inmate Issues

#2



**Illinois Department of Corrections**

Bruce Rauner
Governor

S. A. Godinez
Acting Director

James R. Thompson Center
100 W. Randolph Street, Suite 4-200
Chicago, IL 60601

Telephone: (312) 814-3017
TDD: (800) 526-0844

Mr. Samuel Applewhite R01468
Pontiac Correctional Center
PO Box 99
Pontiac, IL. 61764
February 11th, 2015,

Mr. Applewhite:

This letter is in response to your recent correspondence to me (not dated) in which you complained about a testicular lump not being assessed adequately.

It is my understanding that Dr. Tilden will follow up with you soon.

Sincerely,

*Louis Shicker*

Louis Shicker MD
IDOC Agency Medical Director


CC: Assistant Director Taylor
　　Warden Pfister, PNK CC
　　Dr. Tilden, Medical Director Pontiac CC
　　Ms. Teresa Arroyo, HCUA Pontiac CC
　　Mr. Daniel Towne, IDOC Medical Coordinator
　　Ms. Marna Ross, IDOC Regional Nurse Coordinator
　　Dr. Arthur Funk, Regional Medical Director Wexford Health Sources

#2



**Illinois
Department of
Corrections**

**Bruce Rauner**
Governor

**Donald Stolworthy**
Director

James R. Thompson Center
100 W. Randolph Street, Suite 4-200
Chicago, IL 60601

Telephone: (312) 814-3017
TDD: (800) 526-0844

Mr. Samuel Applewhite R01468
Pontiac Correctional Center
PO Box 99
Pontiac, IL. 61764
June 1st, 2015

Mr. Applewhite:

You have been approved for the testicular ultrasound. Dr. Tilden has explained to you the likely benign nature of his findings.

*Louis Shicker*
Louis Shicker MD
IDOC Agency Medical Director

CC: Warden Pfister, Pontiac CC
    Dr. Tilden, Medical Director Pontiac CC
    Ms. Teresa Arroyo, HCUA Pontiac CC
    Mr. Daniel Towne, OHS Medical Coordinator
    Ms. Marna Ross, OHS Regional Nurse Coordinator
    Dr. Arthur Funk, Wexford Regional Medical Director

**CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

NAME: APPLEWHITE SAMUEL
BIRTHDATE: 9/7/1983
Patient #: R01468
Facility: Pontiac
PHYSICIAN: Dr. TILDEN
EXAM: SMPARTS_TESTICULAR
EXAM DATE: 6/16/2015 12:11 PM

Exam Date: 6/16/2015.

Indications: Palpable lump in right hemiscrotum.

Technique: Scrotal ultrasound was performed with grayscale imaging and color Doppler flow.

Comparison: None.

Findings: There is a 5 mm cyst adjacent and/or attached to the right testicle. There is a 1 cm left epididymal cyst. Both testicles demonstrate normal echotexture and flow on Doppler. No evidence of varicoceles or hydroceles. No evidence of testicular torsion.

IMPRESSION:

1. 5 mm cyst attached and/or adjacent to the right testicle.

2. 1 cm left epididymal cyst.

3. Testicles demonstrate normal echotexture and no evidence of torsion.

Electronically Signed by Anton Johnson, M.D.
Anton Johnson, M.D.

Electronically Signed on 6/17/2015 11:34 AM

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Pontiac Correctional** Center

Offender Information:
Applewhite, Samuel    ID#: R01468

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/22/08 10:25 am | LAB NOTE<br>S.<br>O.<br>A. Labs lipid panel — | P.<br><br>Drawn CWollenzien |
| 12-12-08 7:45AM | CMT NOTE<br>S. Inmate c/o lumps on both testicles x 1 month, c/o sometimes tender, states Hx of testicle surgery for "twisting"<br>O. See problem list<br>A. deferred.<br>M O'Carull | CMT NOTE<br>P. $2.00 copay<br>Refer to sick call.<br>M O'Carull |

nder's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

# Illinois Department of Corrections
## Offender Outpatient Progress Notes
**Pontiac Correctional Center**

**Offender Information:** Appplewhite Samuel  ID#: R01468

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/11/15 0905 Wt-200 P-84 R-16 B/P-140/90 T-98 | **URGENT CARE**<br>S: Pt presents w/ c/o R testicular small lump pain intermittently. Reports that last pain was >1 mth ago. Says the lump onset was 3 yr ago s/p surgery after having testicular torsion. Admits there is no change in size, color or function (i.e no difficulty producing sperm).<br><br>O: Vital: are WNL except DBP. A/O x 3 NAD afebrile. Genital: + small lump of 0.5cm @ the lateral & junction vas deference/R testicular. N.T to palpation ⊖ erythema or edema. Otherwise testes, scrotum and penis are WNL.<br><br>A: R testicular small lump. | Advised to cont close monitoring and notify medical team if there is change in size or condition.<br><br>[signature] MD<br><br>2-13-15 /2N [signature] RN<br><br>2-11-15 1030 [signature] |

Distribution: Offender's Medical Record
Printed on Recycled Paper
DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

# Illinois Department of Corrections
## Offender Outpatient Progress Notes
**Pontiac Correctional Center**

**Offender Information:**
Last Name: Applewhite
First Name: Samuel
ID#: R014468

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/13/15 | URGENT CARE | |
| 5.3.15, 3PM | MD note<br>S. Chart review — dr.<br>c/o (R) scrotal mass<br>s/p surg (R) testicle 1999<br>O. diffuse<br>A. Minor (R) scrotal mass<br>c local discomfort | P. 1. obtain US<br>— scrotum —<br>Collegial request |

**COLLEGIAL REVIEW**
Date 5.6.15
Approved ☒ By — Denied ☐
Clinical Issue: US of scrotum
Hx of (R) testicle
Minor mass/lesion
(post op)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Pontiac Correctional Center

Offender Information: Applewhite, Samuel  ID#: R01468

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/19/15 1:30 PM | **URGENT CARE** <br> S. Pt c̄ H/o of torsion (R) test. June 1999. c/o 3mm hard lesion attach. to (R) testicle non movable. <br> O. A̶ ox3 KS T97°. afeb. R16. P72. G/U - scrotum - nml (R) testicle, soft, non tender c̄ 3mm hard nonmovable, non tender lesion. <br> A 1. r/o Post op- chondroma vs scar tissue (R) testicle. | P.1 US - (R) testicle - pending. <br> 2. No Rx - Pt. asymptomatic. <br> 3. RTC after US - report obtained to discuss F/U. <br><br> [signature] <br> T Kjellesvik RN |

Distribution: Offender's Medical Record    Printed on Recycled Paper    DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes
Pontiac Correctional Center

Offender Information: Applewhite, Samuel   ID#: R01468

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/21/15 0942 | LAB NOTE<br>S.<br>O.<br>A. Labs: lipid panel | P.<br>Drawn [signature] |
| 11/5/15 11A | LN note<br>O. Chronic clinic completed. —[signature] | |
| 11/23/15 1005 | SICK CALL<br>204# 128/70 70 16<br>S. Pt. presents for f/u on recent ult sd. result. Admits the cysts on each testicle are not painful or cause any discomfort.<br>O. vitals are WNL; A/O x 3 NAD. Imaging — ult sd. indicates 5mm cyst adjacent to R testicle, 1 cm cyst on L epididymis w/ testicles WNL & no abnormality.<br>A. ult sd. review. | Advised to avoid picking on the cysts and cont. to monitor for any change in size or pain. RTC PRN.<br>[signature] Finch<br>11/23/15 11A LPN |

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 11-8-15  **Offender:** SAMUEL Applewhite  **ID#:** R01468

**Present Facility:** PONTIAC  **Facility where grievance issue occurred:** PONTIAC C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___ Date of Report  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance:**

I inmate Applewhite have been trying to get medical treatment & tested for cancer I have lumps one on each of my testicles. I've was given a ultrasound in July 2015 and the doctor/ultrasound giver told me I have two cysts one on each of my testicles. Medical Director Tilden never gave me a follow up til this day and I wrote m.d. Tildon, Teresa Arroyo HCUA Pontiac, m.d. Louis Shicker I.d.o.c. medical director. And respectfully requested a test for testicular cancer which are

**Relief Requested:** Give testicular cancer test's & treatment of cysts

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Samuel Applewhite  R01468  11/8/15
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** RECEIVED NOV 23 2015

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name  Counselor's Signature  Date of Response

### EMERGENCY REVIEW

**Date Received:** 11/13/15

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Guy D Pierce Warden  11/16/15
Chief Administrative Officer's Signature  Date

Tumor marker blood test for cancer Alpha-Feto Protein (AFP) and Beta-human chorionic Gonadotropin (B-HCG) and Lactate dehydrogenase. Other tests for testicular lumps, CT scan, chest x-ray. Most testicular cancer develope in men younger than age 40 Merck manuel of medical info Pg 1327 chapter 238 sec edition - Diagnosis testicular cancer may cause an enlarged testis or a lump in the scrotum most lumps in the testis are cancer. Testicular cancer produces a firm growing lump in or attached to the testis with cancer the testis loses its normal shape becoming large or irregular or bumpy. A firm lump on the testis is often painless the testis or lump may hurt when lightly touched and even hurt without being touched. A firm lump on the testis requires prompt medical treatment.

Request for all testicular cancer tests. This been an on going mission since 2008 and I will go to the courts if I have to cause I don't want to die because of deliberate indifference. Thank you for reading.

Samuel Applewhite
#R014408

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 11-19-14  
**Offender:** (Please Print) SAMUEL APPLEWHITE  
**ID#:** R01468  
**Present Facility:** Pontiac C.C.  
**Facility where grievance issue occurred:** Pontiac C.C.

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: __/__/__  Date of Report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- **Chief Administrative Officer**, only if EMERGENCY grievance.
- **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Between late 2013 early 2014 inmate Applewhite # R01468 seen medical director Tilden about painful lump in testicle after exam Tilden did nothing medical history show's Dec 22, 2000 noted had testicle surgery in 2000. Problem list from 10-30-03 1st testicle surgery, 1-2-01 1st testicle surgery. Medical progress note 12-12-08 time 7:45 noted "Problem with testicle". Wrote medical director Tilden 10-30-14 about pain in testicle see copy Tilden still haven't responded or

**Relief Requested:** Give the proper medical treatment & x-rays to make sure there isn't any major problems or life threatning.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** Samuel Applewhite  
**ID#:** R01468  
**Date:** 11, 19, 14

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

**Date Received:** __/__/__  
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response __/__/__

RECEIVED

---

### EMERGENCY REVIEW

**Date Received:** Dec 9, 14  Warden's Office Pontiac Correctional Center  
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

DEC 24 2014

Chief Administrative Officer's Signature _____  Date 12-9-14

Office Of Inmate Issues

Distribution: Master File; Offender  Page 1  DOC 0046 (8/2012)

Printed on Recycled Paper

called Applewhite for sick call